```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION


FAYE CONKLIN                                        PLAINTIFF

     vs.            CASE No. 06-6038

ST. JOSEPH'S MERCY HEALTH CENTER                    DEFENDANTS
```

### ORDER

Now on this 10th day of May, 2007, comes the Stipulation for dismissal (doc. #26). The Court, being well and sufficiently advised, does hereby GRANT the stipulation for dismissal. The above-styled case is dismissed with prejudice, with each party to bear their own costs.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         _____
                         Robert T. Dawson
                         United States District Judge
```